UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>HITHAM ABUHOURAN | CRIMINAL ACTION<br><br>No. 95-560-01 |

## ORDER

**AND NOW**, this 4th day of March, 2010, it is hereby **ORDERED** as followed:

(1) Defendant Hitham Abuhouran's Emergency Motion to Vacate and Correct Sentence Under 28 U.S.C. § 2255 (docket no. 598) is **DISMISSED**; and

(2) Defendant's motion to appoint counsel (docket no. 600) is **DENIED**.

BY THE COURT:

/s/Louis H. Pollak
Pollak, J.