CLD-015

October 14, 2011

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. 11-3283

UNITED STATES OF AMERICA

v.

HITHAM ABUHOURAN,
a/k/a STEVEN HOURAN,
Appellant
(E.D. Pa. Criminal No. 95-crR-00560-01)
(Criminal Treated as Civil)

Present: RENDELL, HARDIMAN and ROTH, Circuit Judges

Submitted are:

(1) Appellant's notice of appeal, which may be construed as a request for a certificate of appealability under 28 U.S.C. § 2253(c)(1);

(2) By the Clerk for possible summary action under 3d Cir. LAR 27.4 and Chapter 10.6 of the Court's Internal Operating Procedures; and

(3) Appellant's "Opposition To The Court's Summary Action"; in the above-captioned case.

Respectfully,

Clerk

MMW/TJS/smw

_____ORDER_____

The foregoing request for a certificate of appealability is denied. Jurists of reason would not debate the correctness of the District Court's dismissal of the request for a reduction of sentence as an unauthorized second or successive motion under 28 U.S.C. § 2255. See Slack v. McDaniel, 529 U.S. 473 (2000).

1

By the Court,

/s/ Marjorie O. Rendell
Circuit Judge

Dated: December 20, 2011
Smw/cc:   Hitham Abuhouran
          Robert A. Zauzmer, Esq.

A True Copy

Marcia M. Waldron

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.